AARON H. ALLEN *vs.* CITY OF CHARLESTOWN.

Under the Gen. Sts. *c.* 48, §§ 4, 6, the mayor and aldermen of a city may assess upon a person benefited by the making of a main drain his proportional part of the expense thereof, without giving him notice and opportunity to be heard before the making of the drain.

CONTRACT to recover the amount assessed upon the plaintiff, under the Gen. Sts. *c.* 48,* as his proportional part of the expense

---

* SECTION 4. "Every person who enters his particular drain into such main drain or common sewer, or who, by more remote means, receives benefit thereby for draining his cellar or land, shall pay to the city or town a proportional part of the charge of making and repairing the same, to be ascertained, assessed, and certified, by the mayor and aldermen or selectmen, and notice thereof shall be given to the party to be charged, or his tenant or lessee."

SECTION 6. "A person aggrieved by such assessment may, at any time within three months from receiving notice thereof, apply for a jury. Such

of a main drain alleged to benefit his land, and paid by him to the defendants' treasurer, under protest, to prevent a sale of the land for non-payment of the assessment.

The drain was made and laid out by the proper authorities, but no notice was given to the plaintiff, his tenant or lessee, before the making of the drain, that any part of the charge of such making was to be ascertained, assessed, certified or charged to him or upon his estate, except that the defendants caused a notice to be published in the newspapers, that any person objecting to the making of the drain would be heard at a certain time and place. Neither the plaintiff nor his tenant or lessee had any actual knowledge of this notice or of the making of the drain, or consented to the making of the drain or to the assessment.

On these facts, which were agreed, the Superior Court ordered judgment for the defendants, and the plaintiff appealed.

*C. Robinson, Jr.*, for the plaintiff.

*W. S. Stearns*, for the defendants.

WELLS, J. The statute which authorizes a part of the charge for making and repairing main drains or common sewers to be assessed upon persons who receive benefit thereby, does not require that such persons should have previous special notice, and opportunity to be heard before the mayor and aldermen or selectmen. Gen. Sts. *c.* 48, § 4. Before they can be legally "charged" with such an assessment, notice thereof must be given them; after which, if they desire to contest the fact or amount of their just liability, a proper tribunal is provided for the purpose. § 6. If no such desire or purpose is manifested, in the manner pointed out by the statute, at the end of three months after notice given them, the assessment is established as just, and they are charged therewith accordingly.

---

application shall be made in like manner and the proceedings thereon shall be the same as in case of lands taken for laying out of highways : *provided*, that before making his application the party shall give one month's notice in writing to the selectmen or mayor and aldermen of his intention so to apply, and shall therein particularly specify his objections to the assessment made by them ; to which specification he shall be confined upon the hearing by the jury. '

This seems to us to be the clear purport of the statutes; and we discover nothing unreasonable in the provisions, and no want of proper regard for the rights of persons liable to be affected by such proceedings.

The assessment having been laid in accordance with the law in this respect, and no other objection thereto being shown, the judgment for the defendant in the Superior Court must be

*Affirmed.*